# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sotomayor, Sonia | Supreme Court of the United States | 5/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1 First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Governing Director | iCivics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 6/8/2017 | Penguin Random House LLC | $40,000.00 |
| 2. 7/13/2017 | Penguin Random House LLC | $37,500.00 |
| 3. 10/23/2017 | Penguin Random House LLC | $40,000.00 |
| 4. 6/16/2017 | American Association of University Women (donation) | $2,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Stanford University Law School | 3/10/2017 through 3/12/2017 | Palo Alto, CA | Participation in Q & A discussion with law students | Transportation, Lodging and Meals |
| 2. | Princeton University | 3/31/2017 through 4/1/2017 | Princeton, NJ | Participation in interview/ conversation w Margarita Rosa, Princeton Latino Alumni org | Transportation, Lodging and Meals |
| 3. | Albany Law School | 4/3/2017 through 4/4/2017 | Albany, NY | Participaton in Q & A discussion with law students | Lodging and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Sotomayor, Sonia** | 5/11/2018 |

| 4. | Yale Universtiy Law School | 4/6/2017 through 4/7/2017 | New Haven, CT | Speech at Liman Conference and participation in unveiling of portrait | Transportation, Lodging and Meals |
|---|---|---|---|---|---|
| 5. | University of Macerata | 4/28/2017 through 5/7/2017 | Macerata, Italy | Delivery of the Alberico Gentili Lecture and participation in two panel discussions | Transportation, Lodging and Meals |
| 6. | American Bar Assn-Rule of Law Institute; Lawyers without Borders; Wayamo Foundation | 8/6/2017 through 8/9/2017 | Arusha, Tanzania | Participation in symposium; Q&A discussion with group of East African Judges & attys. | Transportation, Lodging and Meals |
| 7. | Opperman Foundation | 9/27/2017 through 9/28/2017 | New York, NY | Spoke at event honoring Judge Ralph Winter and presentation of Devitt Award | Transportation and Meals |
| 8. | Hofstra University School of Law | 10/16/2017 | Hempstead, NY | Participation in Q & A discussion with law students | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 11) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank, N.A. Accounts | A | Interest | N | T | | | | | |
| 2. Morgan Stanley Bank, NA (H) | A | Interest | J | T | | | | | |
| 3. Templeton Global Bond A Fund | A | Dividend | | | Sold | 12/11/17 | K | | |
| 4. Columbia TRI LC Growth Class A MF Fund | D | Dividend | | | Sold | 12/11/17 | M | C | |
| 5. Nuveen NWQ Large Cap Value A Fund | A | Dividend | | | Sold | 12/11/17 | K | | |
| 6. Thornburg IN Growth A Fund | A | Dividend | | | Sold | 12/11/17 | L | B | |
| 7. Franklin FLTG RT DLY Access A Common | B | Dividend | | | Sold | 12/11/17 | K | | |
| 8. Morgan Stanley Bank, NA (IRA) (H) | A | Interest | J | T | | | | | |
| 9. Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | K | T | | | | | |
| 10. Pimco Unconstrained BDA (IRA) | B | Dividend | L | T | | | | | |
| 11. Rental Property #1, New York, NY Appraised 2012 | E | Rent | P1 | Q | | | | | |
| 12. Ishares Core MSCI EAFE ETF | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 13. Ishares Core MSCI Emerging | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 14. Ishares IBOXX $ H/Y COR BD ETF | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 15. Ishares Russell 1000 GRW ETF | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 16. Ishares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 17. Ishares Russell 2000 GRWTH ETF | A | Dividend | J | T | Buy | 12/12/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Russell 2000 Value ETF | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 19. Ishares Russell MIDCAP G ETF | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 20. Ishares Russell MIDCAP V ETF | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 21. Ishares Tips Bond ETF | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 22. PIMCO Enhanced SHRT MTRT EXC | A | Dividend | K | T | Buy | 12/12/17 | K | | |
| 23. SPDR Nuveen BBG Bar SHRT Term | A | Dividend | L | T | Buy | 12/12/17 | L | | |
| 24. SPDR Nuveen BBG Barclays MUN B | A | Dividend | L | T | Buy | 12/12/17 | L | | |
| 25. Wisdomtree Trust JAPN Hedge EQ | A | Dividend | J | T | Buy | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - A - Items 1, 2 and 3 - Publisher's advances against royalties for two books. Dates provided are dates of checks forwarded by literary agent in amounts net of agent's commissions.

Part III - A - Item 4 - Donation of $2,000 was made on my behalf to a qualified charitable organization in lieu of an honorarium, pursuant to Section 1020.30(c) of the Judicial Conference Regulations.

Part IV - Item 1 - In conjunction with this event, I participated in a similar event at the Law School of the University of California at Berkeley. The cost of transportation and lodging was shared by the two universities.

Part IV - Item 5 - While the University of Macerata is a public institution, the publication of the Italian language edition of my memoir "My Beloved World" was sponsored by Studio Lucchetti, a private Italian law firm. One of the two panel discussions in which I participated dealt with the publication of the memoir.

Part IV - Item 6 - The cost of transportation, lodging and meals for these events were shared by the sponsoring organizations. Transportation from the United States to Cape Town, South Africa and from Arusha, Tanzania to the United States was paid for by the University of Cape Town, where I had participated in similar events prior to flying to Arusha. The University of Cape Town is a public institution.

Part IV - Item 8 - In conjunction with this event, I participated in a similar event at Queens College, Flushing, New York. The cost of transportation was shared by the two universities. Queens College is a public institution.

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 5/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544